**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 18, 2025.**



In The

# Fifteenth Court of Appeals

———————————

### NO. 15-25-00098-CV

———————————

### NGL WATER SOLUTIONS PERMIAN, LLC, Appellant

### V.

### LIME ROCK RESOURCES V-A L.P., D/B/A LIME ROCK RESOURCES L.P., LRR PECOS VALLEY, LLC, Appellees

**On Appeal from the Business Court Division 11B
Harris County, Texas
Trial Court Cause No. 25-BC11B-0005**

### MEMORANDUM OPINION

We have considered Appellant's Unopposed Request for Voluntary Dismissal or, Alternatively, Notice of Nonsuit. We grant the motion in part and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.